AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Ms. Kopplin__
was received by me on *(date)* __12/22/2021__

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: __Mail Certified Return Receipt & email__

My fees are $ __0__ for travel and $ __0__ for services, for a total of $ __0.00__

I declare under penalty of perjury that this information is true.

Date: __12/29/2021__

__Gu Cell__
Server's signature

__Gino Cell__
Printed name and title

__100 Widmer Rd Wappinger Falls NY__
Server's address

Additional information regarding attempted service, etc:

RECEIVED JAN 3 - 2022 PRO SE OFFICE

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Lucio Celli
_____
Plaintiff(s)

v.

NYC DOE, Sabrina Cook, Mayor DeBlasio, Speaker Johnson, Sen Schumer, NYC Law Dept and Ms. Hamilton
_____
Defendant(s)

Civil Action No. 21-cv-10455

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)

Ms. Hamanilton-Kopplin

320 Hart Senate Bldg
Senate Ethic Committee
Washington, DC
20510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lucio Celli
89 Widmer Road
Wappingers Falls, NY 12590

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 12/21/2021

_____
Signature of Clerk or Deputy Clerk

**From:** Shannon_Kopplin@~~[redacted]~~,
**To:** gmcelli@verizon.net,
**Subject:** Automatic reply: Process service of 21-cv10455_motion to show cause
**Date:** Tue, Dec 28, 2021 9:12 pm

I will be out of the office on 29 December-2 January with limited access to this email account. If you need immediate assistance, please call 202-224-2981. Thank you!

*[Handwritten annotation:]* Proof that that is Received By Ms. Kopplin