UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUCIO CELLI,

                Plaintiff,

-against-

NEW YORK DEPARTMENT OF EDUCATION; SABRINA COOK; MAYOR DE BLASIO; SPEAKER JOHNSON; SEN. SCHUMER; SHANNON HAMILTON-KOPPLIN; LAW DEPARTMENT/ CORPORATION COUNSEL,

                Defendants.

21-CV-10455 (LTS)

CIVIL JUDGMENT

Pursuant to the order issued January 3, 2022, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff's federal constitutional claims are dismissed without prejudice. The Court declines, under 28 U.S.C. § 1367(c)(3), to exercise its supplemental jurisdiction of Plaintiff's state law claims.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   January 3, 2022
           New York, New York

                                  /s/ Laura Taylor Swain
                                  LAURA TAYLOR SWAIN
                              Chief United States District Judge