Lucio Celli
89 Widmer Road
Wappingers Falls, New York 12590
718-547-9675

RECEIVED
SDNY PRO SE OFFICE

2022 JAN -  AM 10: 33

UNITED STATES COURT FOR THE

SOUTHERN DISTRICT OF NEW YORK

LUCIO CELLI,

Plaintiff,

vs.

New York Department of Education, et al.,

Defendants.

Case No.: 21-cv-10455
**Response to disciplinary letter with partial reason for the need for the need to have my 3020-a streamed live**

W/ Grievances (3)

Dear Chief Judge Swain, Ms. Cook, Ms. Ramos, Ms. Nathan, Mr. Otano, and Ms. Pestana:

I decided that I would response to the disciplinary letter with Chief Judge Swain because the letter is not written in accordance with Art. 23/Correction Law 750, as means to show why I need a 3020-a trial streamed live. The state law is clear that mere reference to statements or documents provided is sufficient to muster the appearance that the decision was made in an unbiased manner. This is especially true when the DOE ignored the requirement of NYC Personnel Law, which I cited in the complaint with the people who constructed the CBA, that a break in service is anything beyond a year.

**Please Take Notice,** the DOE will not provide a written statement as to why I was denied retro payment in relation to NYC's Personnel Rules (NYC Admin. Law), statements from Strook and NYC Labor Relation, Mr. Becker, and the fact that Ms. Price received her retro payment for being detained—also, it is required by Art. 23/Correction Law 750

RESPONSE TO DISCIPLINARY LETTER WITH PARTIAL REASON FOR THE NEED FOR THE NEED TO HAVE MY 3020-A STREAMED LIVE - 1

## I.   Response

1. Ms. Ramos did not provide me with opportunity to present and explain all files sent to Ms. Cook, and Ms. Pestana. In fact, Ms. Ramos deliberately excluded the fact the AP who smoked weed with a student and Ms. Cook was in the building in the months that led to the AP being removed from the building. AND yes, this deals with the criminal charges because it is part of my intent and was written into the emails and muted by NYC PEP and is part of public record.

   a. Or the fact that I was told to write IEPs based on school funds and not what the child needed

   b. This deals with Law Department's misconduct, besides DOE Legal

   c. Ms. Ramos is responsible for documents sent to Ms. Cook, which was not mentioned

   d. Actual citation is required by the highest court in NYS, which Your Honor and the lawyers reading this should understand what constitutional claim I will add to this complaint.

   e. A major issue is the fact that I informed Ms. Ramos that I did not plead to anything, which is not referenced or from the documents that Judge Engelmayer and Mr. Silverman intimidated me, which the DOE has one audio recording of Judge Engelmayer exhibiting intimidating behavior towards me, as I was scared by the bullying.

   f. I provided documents where I informed Judge Engelmayer took my free will away with an audio recording of Judge Engelmayer's abusive behavior towards me

g. There are obvious omissions, like PEP's and Cook's knowledge of the AP and deliberate misrepresentations, like what I plead to
  i. Omissions are pure misconduct
  ii. Deliberate misrepresentations are the items that I have evidence for, I provided documents, and Ms. Ramos did not have to believe, but she was required to cite in the letter
h. I did not only say "I am in the process of appealing"
  i. I told Ms. Ramos about my audio recording of Judge Engelmayer, which Ms. Cook has, and she is responsible for missing contents
  ii. I told Ms. Ramos about the audio recording of Westchester police that I will provide at the 3020-a
  iii. I told Ms. Ramos of negative test results that I will provide at the 3020-a
  iv. This is an intentional conduct on DOE's part not to adhere to established law because it hides statements and does not provide a true picture
  v. There is an audio recording of the meeting with documentation of how information was sent to the DOE for its consideration, so whatever I told Ms. Ramos needed to appear in the letter
  vi. Whatever I sent to Ms. Cook and others, this also needed to appear in the letter
i. What Ms. Ramos has done to me, this has been happening to me since 2014, and according to Judge Cogan it is ok, but according to AUSAs that I

RESPONSE TO DISCIPLINARY LETTER WITH PARTIAL REASON FOR THE NEED FOR THE NEED TO HAVE MY 3020-A STREAMED LIVE - 3

targeted of their prosecution under Hobbs[1]—they said
it is not ok and playing an audio recording is not
the same because it could be anyone and I need a face
to put to what I have audio recorded

    i. The letter needed to contain exact statements
      and reference documents given to the DOE

    ii. It appears that document was written in a way to
      hide the misconduct NYC PEP, DOE in general, and
      Ms. Cook with Ms. Elwin, who were in the
      building, as I get to present evidence of my
      intent because I told them shame works both ways
      or cuts both ways

2. Article 23/NYC Correction law 750 is detailed and provides
  all employers with a blueprint. I do not blame Ms. Ramos
  for the way it was written, but DOE Legal. They have a
  history of depriving my rights and I even have AUSAs who
  said, "those are the facts, then a crime was committed."

    a. I ask for the opportunity to present facts as I
      requested of Mayor DeBlasio, Ms. Cook, Speaker
      Johnson, Ms. Pestana and others

    b. In fact, which is part of the complaint, I requested
      that a person who understands be placed for me to
      present the facts

    c. I request, as it is required, a written explanation
      based on information provided

---

[1] In the same manner I targeted Sen. Schumer's judges 3/18/18, but this was more covert because
I included non-Sen. Schumer judges, too, but Your Honor knows this to be true because you
received my emails in April/May/June—I am not sure of the timeframe

RESPONSE TO DISCIPLINARY LETTER WITH PARTIAL REASON FOR THE NEED FOR THE NEED TO
HAVE MY 3020-A STREAMED LIVE - 4

    d. The decision for retro money comes from the same action and I provided the city with whom I spoke to and what they said, so how could this decision be unbiased.

3. I asked for the reason, I was deprived of retro money because I have different answers from the people who wrote the CBA and Article 23/NYC Correction law 750 provides an employer must answer. Ms. Ramos did not answer while we spoke, which is audio recorded, and she did not provide a written answer either.

4. Enclosed is the letter for Your Honor to review, but there are no references to what is under seal in EDNY and partial public in the 2d. Cir. I even sent the DOE the audio recording of Judge Engelmayer insinuating that I was stupid and crazy for suggesting that Sen. Schumer recommended to be a judge.

5. Also, nothing is cited because Ms. Ramos and DOE Legal knows that they colluded with the UFT to harm me. In fact, they want to carve out what they did to me, but what was done to me is all part of this case

    a. This same behavior that occurred in Judge Engelmayer and Judge Donnelly

    b. Judge Engelmayer took my free will away and the public needs to know and hear how he screamed at me about Sen. Schumer

    c. Judge Engelmayer allowed Mr. Silverman to lie about Bail Reform Act and witnesses, as Your Honor knows— you were a primary witness and Mr. Silverman passed

people like you as third-party witness, which is the
reason I sent Sen. Schumer's automated email to
congress

    i. I bet Your Honor will ignore it and you have
       knowledge

d. Judge Engelmayer allowed AUSA Karamigious to lie
about waiver and federal rules of evidence—and he
worked for the DOJ, and he even clerked for Justice
Thurgood Marshall.[2] Also, the public has a right to
know this

e. This is a major reason I sent audio recordings of
Judge Donnelly and Judge Engelmayer to congress. But
I forgot to include the one where he is lying about
his association with Sen. Schumer, so I sent it to
Officer Greene (for the public's right under FOIA)
and Susan Edelman of the NYPOST

f.   Either AUSA Bensing or Ms. Olvera or both gave my
health information to X,….and finally Ms. Edelman.[3]

## II.   Integrity of the Court

6. I hope Your Honor does not ignore your obligation to
address the strategic appointment to this case, as Your
Honor was recommended to be a judge to Pres. Bush by Sen.
Schumer[4]—I cannot find Your Honor's biography printout, or
it is on my computer. Now, it is ok for Your Honor to

---

[2] The things one learns about Charlie's Criminals, like Your Honor is well respected for bankruptcy and developed the rules—from memory

[3] Ms. Edelman and Ms. Combier are friends and Ms. Weingarten and Combier are friend and lastly Weingarten and Cogan are friends—this is conjecture, but the fact that Ms. Edelman has my health information illegally is a fact because we spoke and she would not tell me

[4] I am sure about Sen. Schumer

RESPONSE TO DISCIPLINARY LETTER WITH PARTIAL REASON FOR THE NEED FOR THE NEED TO HAVE MY 3020-A STREAMED LIVE - 6

refuse recusal[5] motion, if and even I write one, but what
is not ok is for Your Honor to ignore the facts like Judge
Porteous[6]. Then, there is also the impeach case of Judge
Louderbach who said, "I fixed case for Sen. Shortbridge
because he got me job,[7]" but senators did not vote for
impeachment.[8]

7. Moreover, I am glad to have a judge on 2d. Cir.'s council
because I expect Your Honor have knowledge of the changes
to the code of conduct and Judiciary Act of 1980, as I
followed them in the senate and what the US Courts put on
Oct. 30, 2018. I have not been able to find out the
outcomes, so could Your Honor please provide me with
further information? In fact, this is part of the lie that
Mr. Silverman wrote because Your Honor is a primary
witness and the witnesses that testified in the senate and
in the court, they were/are third-party witnesses. I
attempted to tell Judge Engelmayer that the only third-
party witnesses Mr. Silverman and I spoke about was Mr.
Geyh, who testified at Judge Porteous.

8. As I told congress and the DOJ; Judiciary Act of 1980,
revision of 28 USC § 455, and the Government Ethics Act of
1978 were done in the aftermath of Watergate

   a. Each one of them were meant to protect the public's
      faith in government

   b. Each one of them were meant to protect the integrity
      of the government.

   c. What I found interesting was one senator or Rep. who

---

[5] I must ask for it, but it could be done sua sponte too
[6] Sen. Schumer was one of the 88 senators who voted for impeachment
[7] Got me or helped me get, I do not have access to my computer
[8] There were issues at this trial, like attendance of senators—from memory.

RESPONSE TO DISCIPLINARY LETTER WITH PARTIAL REASON FOR THE NEED FOR THE NEED TO
HAVE MY 3020-A STREAMED LIVE - 7

said, "integrity is not what everyone sees, but integrity is when no one is looking at."—this is a powerful statement, it is connected to what I emailed Sen. Schumer/judges, and my plan to show why Sen. McCain's plan for an IG for the judicial branch is warranted[9]

    d. Therefore, I documented what occurred with clerks and judges

9. Judge who behaved like Judge Porteous:

a) Judge Cogan worked for the UFT and ignored when I asked about his association with the UFT (please read Judge Ritter's impeachment and I have AUSAS saying that Cogan committed a crime for the UFT with students who are borderline IQ who knew that Cogan used his office for the UFT)

b) Judge Donnelly attempted to tell me that Sen. Schumer had nothing to do with her appointment, but the memory came back to her when I told her that their daughters went to school together

c) Judge Engelmayer flat out yelled at me and insinuated that I was stupid and crazy for suggesting that Sen. Schumer had anything to do with his judgeship—he later recanted after and it took six months

**Please Take Notice**, there is a video of Mr. Geyh, judicial misconduct expert, where he tells the senators that when a judge negates an association or lies about it, they diminish the integrity of his or her office and that judge is now believed to be biased in case where they lied about association because

---

[9] In the emails but my lawyers would not know because they did not get them and they never spoke to me

RESPONSE TO DISCIPLINARY LETTER WITH PARTIAL REASON FOR THE NEED FOR THE NEED TO HAVE MY 3020-A STREAMED LIVE - 8

people will believe that the judge lied as means to help the person or group that they lied about.

**Please Take FURTHER Notice**, this is public record

**Please Take EVEN Further Notice**, I understand that no judge must accept what is on the record BUT the judge must acknowledge the appearance and explain why they are not following the record and then, the dance begins---I mean, the litigant decides whether they want to pursue a mandamus or wait for an appeal

**Conclusion**

I ask Your Honor to force the DOE to apply with NYS' law as written and provide me with a written reason why I did not receive retro pay

I decided that I would response to the disciplinary letter with Chief Judge Swain, as means to show why I need a 3020-a trial streamed live.

Without an order for the items that I requested in the complaint; I cannot show that I was deprived of a fair trial by Sen. Schumer's judges for Randi Weingarten

Without an order for my 3020-a being streamed live, the misconduct of Ms. Ramos, sanctioned/guided by DOE Legal will normalized, I will not have a fair 3020-a trial either, which is based on the fact that Sen. Schumer's judges helped Randi Weingarten cover up what Judge Cogan did to me for the UFT.

Sample of the issues with Judge Cogan:

1. Judge Cogan worked for the UFT for over 20 years while at Strook, Strook, and Lavin
2. Judge Newman wrote an opinion about practice of law by a judge, which is related to 28 USC §454, but he wrote to

me that Judge Cogan was just in practicing law for the UFT[10]

3. The practice of law for federal judges is 3 days without pay to 11 months without pay

4. Justice Roberts recused himself in *Schaffer v. Weast* 546 U.S. 49, 51 (U.S. 2005)[11] because he said that no one would believe the opinion would be obtained without his influence

5. I did a lesson on what Judge Cogan did with students who are borderline IQ, and they knew and understood what Judge Cogan did helped the UFT

    a. Please note, people will not say look how smart my kids are because they thought like Justice Roberts and most AUSAs, they are going to say, "Even people with low IQs knew and understood Judge Cogan committed a crime and AUSAs of the ENDY helped cover it up."[12]

    b. Major reason I want this live streamed because Judge Cogan with Randi Weingarten deprived me of a fair trial cover up his crimes and that of the UFT

    c. I could not get any AUSA to say the UFT belonged in a receivership, and I want to see if I can get them say that they do, as we truly review the facts because it is their opinion that counts.

---

[10] As soon as I find the opinion, I will provide it to Your Honor

[11] This is related to IEPS that I mentioned above, and I could not pin them down on whether it was a crime, but I took my ideas of what evidence to collect from the DOJ website…all I could get from them was "it depends"

[12] I have AUSAs who said, "if true, then the prosecutor is covering up his crime and I doubt that because of the facts you told me."

RESPONSE TO DISCIPLINARY LETTER WITH PARTIAL REASON FOR THE NEED FOR THE NEED TO HAVE MY 3020-A STREAMED LIVE - 10

6. Judge Ritter was impeached and convicted for practice of law, as he practiced law for his former clients at his former law firm—just like Cogan for the UFT in my case

7. I have AUSAs like AUSA Gold and AUSA Shaw, with others, who said that Judge Cogan committed a crime against me, and it was to help the UFT.

    a. None of the AUSAs that I spoke to wanted me to mention cases of judges who helped their former clients because, according to them, it is beyond well known that it appears improper but with the facts that I have about Judge Cogan and the UFT, it is criminal[13]

    b. I found judges who helped former clients under RICO, 18 USC §241 and 18 USC §371—my observations as they apply to Judge Cogan and none are facts—here, but the AUSAs' opinions count and that is what I want them and need them

    c. Obviously, my opinions of facts are worthless, but those of the government are gold and I believe the public needs to hear them because it is a 1st Amendment rights to document the behaviors and conducts of public employees.

8. There are so many more facts, like what my lawyers said to help Cogan or what misrepresentation AUSA Bensing made that ethics officer AUSA Gold said that my lawyers needed to point out and so many other items

---

[13] But, I know Your Honor was placed in this position to help the UFT and Judge Cogan and I did not get into the facts that makes what he did a crime—I believe, I mentioned them in an email that you received from me

RESPONSE TO DISCIPLINARY LETTER WITH PARTIAL REASON FOR THE NEED FOR THE NEED TO HAVE MY 3020-A STREAMED LIVE - 11

9. Judge Cogan had Ms. Norton, General Counsel of the UFT
   and worked at Strook,[14] deny me retro payment, as the UFT
   did not process my grievance.[15]

Dated this 2nd of December, 2021.

_____
Lucio Celli, Defendant

12/30/2021

---

[14] She told me that she knew Judge Cogan well and would do anything for him
[15] I will put in a new grievance because the city did not provide me with an answer and when they deny me, they will become part of this too—but, we know that Your Honor will help them because Randi paid Judge Marrero and I know that same will happen with you.
RESPONSE TO DISCIPLINARY LETTER WITH PARTIAL REASON FOR THE NEED FOR THE NEED TO HAVE MY 3020-A STREAMED LIVE - 12



## STEP ONE GRIEVANCE

**Case Number:**

**Name of Grievant: Lucio Celli**

**Title: Teacher**

**File Number: 765918**

**School: 08X519**                                   **District: 8**

**File Date: December 16, 2021**

To Ms. Cook and Ms. Nathan:
(Principal's Name)

Pursuant to the procedures set forth in Articles 2 (**Union Busting**), 20, (**Matters not covered**), 21 (**Due Process and Review Procedures**), and 22 (**Grievance Procedures**), of the Collective
Bargaining Agreement covering teachers please arrange a conference with me to discuss the following complaint: Ms. Ramos did not write what was told to her at the disciplinary conference because it is to cover up crimes the DOE has done and now I have AUSAs to support my statement

The conference was audio recorded between Ms. Ramos and I and I did not only say I am appealing.

Ms. Ramos was responsible for information provided to Ms. Cook and that information needed to be cited in the letter, but Ms. Ramos did not cite what was told to her verbally, either.

DOE Legal has a history of misconduct and I have called the 1st and 2nd Depart about their behavior with calling AUSAs about the writing of IEPs

I am entitled to know how decisions are made based on arrest and conviction, which the DOE with the help of the UFT denied me retro money

**Articles Violated: Article 20, Article 21, Article 22, and Article 2**

Remedy Sought: To be made whole in every sense of the term.

To know who denied me retro money with a reason as to why they did not follow NYC Personnel Rules.

To have Ms. Ramos write a letter in accordance with Art 23/Correction Law 750 because there are documents that she needed to cite and my own statements that Ms. Ramos omitted

To know the name of the DOE Legal personnel who guided Ms. Ramos so that I can report them to the 1st Depart because they know the requirements.

As the letter is written, it violates my rights under the law mentioned above with the issue of Due Process

Sincerely,

_____ (Signature)

Lucio Celli
89 Widmer Road
Wappingers Falls, New York 10469
718-547-9675



## STEP ONE GRIEVANCE

**Case Number:**

**Name of Grievant: Lucio Celli**

**Title: Teacher**

**File Number: 765918**

**School: 08X519**                                          **District: 8**

**File Date: December 21, 2021**

To Ms. Cook and Ms. Nathan:
(Principal's Name)

Pursuant to the procedures set forth in Articles 2 (**Union Busting**), 20, (**Matters not covered**), 21 (**Due Process and Review Procedures**), and 22 (**Grievance Procedures**), of the Collective
Bargaining Agreement covering <u>teachers</u> please arrange a conference with me to discuss the following complaint: what Ms. Ramos and Ms. Cook did is a crime because they omitted facts from the 3020-a charges


Ms. Cook omitted facts provided to her, like the audio recording of Judge Engelmayer and documents given to NYC Law Dept and herself. Ms. Cook omitted facts knows to for years, but it would unearth her misconduct.


1. 3020-a charges has omissions of facts known to the city, like Randi Weingarten

   and Carmen Farina sent the NYPD to threaten me or Special Education violations

   with harassment—which it was written into a brief and this relates to the Law

   Depart too, Ms. Cook/Ms. Elwin was in the building in the months leading to the

AP being removed and she made a comment to me prior to the AP's removal—I just need to be lucky, one interaction and remember, etc.

2. The 3020-a charges do not have all statements made in the emails,[1] as they cherry picked statements from the emails, as they forgot to include that the DOE colluded with the UFT to shame me about my rape to drop the lawsuit or the fact that they conspired to hide the fact that Judge Cogan worked for the UFT

   a. I want to help DOE Legal edit the charges, so the truth is written in the document and not their edited version that forgot the misconduct of Ms. Cook, PEP, certain people at DOE Legal, and according to certain AUSAs that I spoke to, some conduct is criminal, and some conduct could be criminal or intervention, but they needed to see documents and hear my audio recordings

3. They forgot to include the fact that they have the audio recording of Judge Engelmayer intimidating me for Randi Weingarten

4. (Yes, this is related to the 3020-a) Mayor DeBlasio and Speaker Johnson, via their oath of office, were to submit a judicial misconduct complaint because Judge Engelmayer behaved exactly like Judge Porteous who was convicted because he lied about his association, as Judge Engelmayer lied about the association with

---

[1] There are 5 years or more worth of statements that deal with the charges

Sen. Schumer—I want to know if they did and did as they promised the public because they have the audio

From an injunction that does not involve the DOE directly (audio recordings, I do have): Plaintiff seeks to have Ms. Hamilton-Kopplin explain her letter publicly because it negates the fact that Judge Donnelly and Judge Engelmayer both lied about their association with Sen. Schumer. I am not sure Ms. Hamiton-Kopplin truly listened to Judge Donnelly bully me for Sen. Schumer's sister-like, Randi Weingarten and I made the mistake of not including Judge Engelmayer's bullying, but it was emailed to hillel_greene@nysp.uscourts.gov and I included a reporter because Judge Engelmayer bullied me and intimidated me for Randi Weingarten.

a. Judge Donnelly attempted, in a similar manner to Judge Engelmayer, to lie about her association with Sen. Schumer, but I had to remind her that her daughter and Sen. Schumer's daughter went to the same school. In addition, I had to remind her that Sen. Schumer referred to her as family.

b. Judge Donnelly did address the association after being reminded about Sen. Schumer's recommendation to Pres. Obama and how Sen. Schumer's daughter and hers went to the same school, but I do not need to remind her of the process like Judge Engelmayer.

c. Judge Donnelly did address the fact, according to her, that she does not know Randi Weingarten expect for what she reads in the newspaper, which on the surface is an acceptable answer, but she address the appearance of impropriety for Randi because Judge Louderbach (impeachment but not convicted) or other judges (criminal cases) who fixed cases for their senators.

d. The issue was addressed the same day it was brought to Judge Donnelly's attention

e. Told me to forget what happen at the bail hearing and be happy that I still had a job, but a crime was committed against me, and I denied retro money for it too

f. Judge Engelmayer insinuated that I was stupid and crazy for suggesting that Sen. Schumer had anything to do with his judgeship and I had no idea and knowledge of how a person becomes a judge on Oct. 16, 2020

g. I informed Judge Engelmayer that Sen. Schumer's recommendation is part of public record and told him he needs to be ashamed of him for lying for the record

h. I informed Judge Engelmayer that Judge Louderbach admitted, during his impeaching hearing, that he fixed cases for Sen. Shortbridge

i. It took Judge Engelmayer until April 16, 2021, to admit that Sen. Schumer did recommend him to Pres. Obama.

j. I forgot to include the audio recording of Judge Engelmayer lying to me the last time, but I sent it to the NY Post Reporter and Officer Greene has it. I will include it this time.

k. Judge Engelmayer did not address the issue of recusal

l. Judge Engelamyer did not address whether he knew Randi Weingarten or not

m. Judge Engelmayer deprivation of my intent and defense favored Sen. Schumer and Randi Weingarten

n. Told me that "you will not receive justice here"

o. Knew Mr. Silverman and Mr. Taylor lied about the bail hearing

p. Mr. Silverman with my other lawyers deprived me of retro money because Randi paid the lawyers and the judges.

q. April 6, 2021, Judge Engelmayer told me what my intent with defense was and was not, so he practiced law—as if he was me and my lawyer, but I let him know, so he fixed his mouth because judges have been docketed pay from 3 days to 11 months. See. 28 USC § 454 with misconduct opinions or impeachment conviction of Judge Ritter for the practice of law.

r. April 16, 2021, Judge Engelmayer fixed his mouth and not telling me what intent with defense was and was not going to be and said, "I would not do that either, if I were your lawyer." And this goes back to April 6, 2021, issue

s. The other issues of April 16, 2021, were Mr. Silverman lying about witnesses—which judge knew because he received my emails too— and financials of judges

**Please Take Notice**, Judge Porteous, who Sen. Schumer was one of the 88 senators voted to convict, lied about his association with litigants or group who had interest in the case—I do not have access to the internet to confirm

**Please Take FURTHER Notice**, Mr. Geyh, at Judge Porteous' impeachment trial, testified that a judge who lies the public sees that judge as conspiring with the litigant or group the judge lied about and lost all integrity with the public in said case

**Please Take EVEN Further Notice**, Mr. Geyh testified once a judge lies about association, then the said judge is seen as being unbiased in said case and without a question needs to recusal him or herself because the public no longer could trust a judge in that case.

5. Is the city planning to cover up how Randi Weingarten paid Judge Engelmayer to deprive me of free will, intent which is related to the Randi, and how they harassed to the point to where we are today?[2]

6. Ms. Pestana and Mayor DeBlasio did not exercise their discretion  under §397 of the City Charter and Ms. Pestana may not direct knowledge of the misconduct of

---

[2] There are good people at the DOJ, but not at the AUSA's office in the EDNY

DOE Legal, but there is a history and I informed her about my audio recordings of what AUSAs said. However, Mayor DeBlasio has clicked read receipt and i know, he has audio recordings of DOE Legal  misconduct and these are the items that I spoke to AUSAs about

7. The charges do not show that I was deprived of a fair trial and Mayor DeBlasio and Speaker Johnson were made aware, as it is their duty to ensure that I had a fair trial and that documents written for the city do not obstruct justice—via their oath of office and the reason I included them

I was deprived of a fair trial by Judge Engelmayer, AUSA Karamigious with AUSA Bensing and unknown person or people, and Mr. Silverman

   a. Judge Engelmayer bullied and intimidated me out of my own intent, which was Randi and the UFT wanted to expose my rape and Judge Cogan helped cover it up
   b. I heard Randi pay Judge Marrero for the Teacher4action
   c. Judge Engelmayer lied about his association with Sen. Schumer, like Judge Porteous
   d. Judge Louderbach fixed cases for Sen. Shortbridge and admitted it during his impeachment trial—the judge said, "because he got me my job"
   e. Judge Engelmayer did not address anything but called me stupid and crazy for suggesting Sen. Schumer recommended him
   f. I have this audio recorded and I sent it to Officer Greene with NYPOST Reporter Edelman
   g. I have documented Judge Engelmayer's behavior towards me
   h. Sen. Schumer said that Randi is like a sister to him, and this is the reason I was deprived all my constitutional rights
   i. I cannot compete or have a fair trial when either Sen. Schumer influences decisions for Randi Weingarten or Sen. Schumer is the middleman so Randi can pay for the decision that she wants.

From an injunction that does not involve the DOE directly: Plaintiff seeks to oppose any nomination by Sen. Schumer with audio recordings of Judge Engelmayer (deprived me of my free will and my intent for Randi) and Judge Donnelly bullying me because his judges deprived me of all rights under the constitution for Randi Weingarten and the UFT

 j. Sen. Schumer helped the UFT, and Randi Weingarten get away with threatening to expose my rape

 k. Sen. Schumer helped Randi Weingarten and Judge Cogan get away with deprive me of liberty

 l. Sen. Schumer helped Randi and Judge Cogan get away with robbing me of retro money

 m. Sen. Schumer helped Randi Weingarten and Judge Cogan get away with depriving me of a fair trial and hearings

 n. Sen. Schumer helped Randi Weingarten and Judge Cogan get away robbing my parents of pension money

8. Why is the DOE allowing DOE Legal, Ms. Cook, and Ms. Ramos to falsifying/omitting facts from documents when they attempted to terminate teachers for the same conduct, like David Suker—I found cases where school district personnel were brought up criminal charges for omissions in 3020-a charges.

9. Is the DOE going to use fake documents like I have experienced so many times and Judge Cogan aided them, but I have AUSAs, like Gold, saying the DOE committed a crime against?

10. I provided Betsy's IRS filings for nonprofit foundation and Mr. Baranello has not given information needed. In addition, I have the right to know what the DOE is going to do about Betsy because she has their (DOE) employees paying Betsy a fee into her nonprofit foundation  and I especially need to know what Mayor DeBlasio and Speaker Johnson did.

11. There is a problem with Susan Jalows, as I believe she is one of lawyers for the Teachers4action, which this case went to Judge Marrero and Randi paid him —I will need all lawyers for the teachers in said action as witnesses, for sure

---------------------

1. So, I hope this is clearer because I did not mean to make a duplicate of the first grievance

2. Obviously, questions cannot be grieved

3. Then, there are items related to the 3020-a, like Betsy IRS forms and whether certain people performed certain duties, as required by their oath of office and city charter

4. I also know from experience that not everything is going to be entered into the system because so many words are allowed. I am well beyond what is allowed, if I remember correctly—it is more about knowledge

Articles Violated: Article 20, Article 21, Article 22, and Article 2

Remedy Sought: To be made whole in every sense of the term.

To know who denied me retro money with a reason as to why they did not follow NYC Personnel Rules.

To have Ms. Ramos write a letter in accordance with Art 23/Correction Law 750 because there are documents that she needed to cite and my own statements that Ms. Ramos omitted

To know the name of the DOE Legal personnel who guided Ms. Ramos so that I can report them to the 1st Depart because they know the requirements.

As the letter is written, it violates my rights under the law mentioned above with the issue of Due Process

Sincerely,

_____ (Signature)

Lucio Celli
89 Widmer Road
Wappingers Falls, New York 10469
718-547-9675



## STEP ONE GRIEVANCE

**Case Number:**

**Name of Grievant: Lucio Celli**

**Title: Teacher**

**File Number: 765918**

**School: 08X519**                                             **District: 8**

**File Date: December 21, 2021**

To Ms. Cook and Ms. Nathan:
(Principal's Name)

Pursuant to the procedures set forth in Articles 2 (**Union Busting**), 20, (**Matters not covered**), 21 (**Due Process and Review Procedures**), and 22 (**Grievance Procedures**), of the Collective
Bargaining Agreement covering teachers please arrange a conference with me to discuss the following complaint: I need PEP members, the mayor, and each boro president at my probable cause hearing to establish my intent with the elderly African American male who escorted me out of the PEP meeting on 11/28 because he told me that the PEP knew my intent and they represent the mayor and the boro pres (who told an oath of office, which would include a fair trial and to appear before unbiased arbitrator in an unbiased tribunal)

**Articles Violated: Article 20, Article 21, Article 22, and Article 2**

**Remedy Sought: To be made whole in every sense of the term.**

I need PEP members, the mayor, and each boro president at my probable cause hearing to establish my intent with the elderly African American male who escorted me out of the PEP meeting on 11/28 because he told me that the PEP knew my intent and they represent the mayor and the boro pres (who told an oath of office, which would include a fair trial and to appear before unbiased arbitrator in an unbiased tribunal)

Most importantly, i want it streamed live

Sincerely,

_____ (Signature)

Lucio Celli
89 Widmer Road
Wappingers Falls, New York 10469
718-547-9675