Lucio Celli
89 Widmer Road
Wappingers Falls, New York 12590
718-547-9675

RECEIVED
SDNY PRO SE OFFICE

2022 JAN -4  AM 10: 38

UNITED STATES COURT FOR THE

SOUTHERN DISTRICT OF NEW YORK

LUCIO CELLI,

Plaintiff,

vs.

New York Department of Education, et al.,
                                     Defendants.

Case No.: 21-cv-10455
**Missing pages from my complaint**

Dear Chief Judge Swain

    Your Honor, I have a concern that you need to address. I did, in fact, submit a IFP application along with the complaint. Now, if my compliant made it out of the envelope and onto the docket; then my IFP application was touched by the "pro se intake unit."

**Please Take Notice**, the Post Office weighs the envelope with the contents prior to any postage placed on the envelope—this is important fact.[1]

**Please Take Further Notice**, I went to the post office to weigh my complaint with the IFP application sent to me by the Clerk's office and they were the same weight that I originally sent.

    I would like to know what happened to the original application. Instead of paying legal fees, I am paying the fee of 402.[2] Whether I pay the fee or not is not relevant here because I have had issues with clerks[3],[4]

    Your Honor knows that clerks should not destroy records that are sent to the court because it is a crime[5] and I have complained about this issue again and again—I even sent prove to congress, but I, also, believed that I was not going to be kept in the dark about this suit—this

---

[1] Weight affects the cost of the postage
[2] I can do this now, but I do not know for other actions that I am planning to file
[3] Clerk Young of the 2d. Cir. who took it upon herself not to docket my papers because the court told her too—she would not give me the judge who told her, and I told her that walls do not speak
[4] Clerk Blablock of the Supreme Court lost the same motion nine times—she and I went through various scenarios, rats eating the mail or a ghost (I told her I hope she does not believe), but I could not pin down an answer from her
[5] ENDY the crime is ok if it is done to me but I have AUSAs say that it is not

MISSING PAGES FROM MY COMPLAINT - 1

did not happen. I know not sending documents is a crime, but I do not understand the proof required because the 2d. Cir. also played this game with me, and I did not complain to congress because I would never have access to the type of evidence needed to complain.

If there was something wrong with my original application, then I can understand it not being accepted or docketed. I realized after I received the new application that I placed my net pay and I do not have an idea of my gross pay, which could have been a rejection, but no mention that numbers do not add up for a teacher with 22 years of experience with the NYC DOE.

I have not had access to NYC DOE payroll portal for over 4 years and I have not had a physical stub since before the pandemic and I cannot provide you with a date because I am not good with keep records in terms of paystubs.

## Conclusion

I ask Your Honor for the following remedies:

1. I request the NYC DOE provide me with all paystubs for the last 6 months.
2. ~~I request that my brother receive court notices via gmcelli@verizon.net, as means for me to keep track of what is on the docket~~
3. I request, in conjunction with Judge Engelmayer, I have access pacer via printout of docket or to have the clerk mail me a docket printout—I guess, I would have to write to the clerk, which I still need permission
4. I request Your Honor to order the clerk to find out where are my missing pages because it is needed to protect the integrity of the court.

Dated this 18th of December, 2021.

_____
Lucio Celli, Defendant

MISSING PAGES FROM MY COMPLAINT - 2