wzLucio Celli
89 Widmer Road
Wappingers Falls, New York 12590
718-547-9675

UNITED STATES COURT FOR THE

~~EASTERN~~ DISTRICT OF NEW YORK
Southern (SC)

| | |
|---|---|
| LUCIO CELLI, | Case No.: 21-cv10455 |
| Petitioner, | MOTION FOR RECONSIDERATION UNDER RULE 59 AND RULE 60 BECAUSE YOUR HONOR WAS BIASED, PAID BY RANDI, INFLUNCED BY SEN. SCHUMER TO ENSURE THAT THE AUDIO RECORDING OF JUDGE ENGELMAYER IS NOT HEARD BY ANYONE, ESPECIALLY THE PUBLIC—HE BULLID ME AND TOOK MY FREE WILL AWAY AND THE AUDIO RECORDINGS WILL PROVE HIS CRIMINAL CONDUCT |
| vs. | |
| ~~United States of America~~, NYC DOE et al (SC) | |
| Defendant | |

Dear Chief Judge Swain,

I make this motion pursuant to rule 60, as Your Honor committed fraud upon the court by hiding the fact that Judge Engelmayer intimidated me into a guilty plea by bullying me and taking my free will away, which my audio recordings will prove. In addition, I make this motion pursuant to rule 59 for reconsideration because Your Honor did not understand (rather paid by Randi Weingarten and influenced by Sen. Schumer, which you hid your association with him) the facts and how they relate to the law.

My injunction must deal with my 3020-a and my 3020-a will deal with what occurred to me since 11/14/18

MOTION FOR RECONSIDERATION UNDER RULE 59 AND RULE 60 BECAUSE YOUR HONOR WAS BIASED, PAID BY RANDI, INFLUNCED BY SEN. SCHUMER TO ENSURE THAT THE AUDIO RECORDING OF JUDGE ENGELMAYER IS NOT HEARD BY ANYONE, ESPECIALLY THE PUBLIC—HE BULLID ME AND TOOK MY FREE WILL AWAY AND THE AUDIO RECORDINGS WILL PROVE HIS CRIMINAL CONDUCT - 1

*This should have been Doc. No 21, but I messed up on the caption and had Eastern District--yet the motion has Judge Swain's name*

**Please Take Notice**, my injunction has nothing to do with the appeal directly

**Please Take Notice**, it appears that my 3020-a will occur after the decision in my appeal is entered

## I. Fraud Upon the Court

Your Honor was not a neutral arbiter as required by the Due Process Clause of the 5th and 14th Amendment. According to the 2d. Cir., "fraud on the court will, most often, be found where the fraudulent scheme defrauds the "judicial machinery" or is perpetrated by an officer of the court such that they cannot perform its function as a neutral arbiter of justice. See Martina Theatres Corp. v. Schine Chain Theartres, Inc., 278 F.2d 789, 801 (2d. Cir. 1980). I make this motion pursuant to rules 60 and 59.

**Please Take Notice**, Your Honor took part of this conspiracy to deprive me a remedy because DC37 and other within circuit won their injunction

**Pease Take FURTHER Notice**, Your Honor was paid to ensure that the intimidation is hidden from the public and how Mr. Silverman, AUSA Karamigious deprived me of a fair trial

The issue, which SHOULD revealable upon appeal[1], is the fact that Your Honor never mentioned your association with Sen. Schumer prior to issuing a decision because it is grounds for recusal. Then, there is the fact Your Honor is on the 2d. Cir. council and Judge Engelmayer practiced law when he told me what my intent was and see 28 USC § 454. Therefore, Your Honor brought your office into disrepute when you ignored the facts that I have over 80 DOJ personnel telling me differently. In addition, Your Honor knew that Mr. Silverman committed

---

[1] Your Honor never told me that
MOTION FOR RECONSIDERATION UNDER RULE 59 AND RULE 60 BECAUSE YOUR HONOR WAS BIASED, PAID BY RANDI, INFLUNCED BY SEN. SCHUMER TO ENSURE THAT THE AUDIO RECORDING OF JUDGE ENGELMAYER IS NOT HEARD BY ANYONE, ESPECIALLY THE PUBLIC—HE BULLID ME AND TOOK MY FREE WILL AWAY AND THE AUDIO RECORDINGS WILL PROVE HIS CRIMINAL CONDUCT - 2

misconduct, but I have AUSAs saying crime, depriving me of my own witnesses like you—the issue of third-party witnesses.

I am NOT amazed that a Sen. Schumer's judge, who knows the facts, could write 8 pages worth of lies to cover up a crime. I would be ashamed if I were in your shoes, but Your Honor will not even think about because this is your character.

How much did Randi Weingarten pay Your Honor?
What is it like to KNOWLINGLY cover up crimes? Because what I have audio recording does not change

**Please Take Notice**, I have sent, and continue to send, the audio recordings of Judge Engelamyer intimidating me, and I have to hope someone will play them live on the air—which is Your Honor's duty, I would check with the council, to bring to their attention and hold a public hearing—Your Honor will not do such a thing because this would assume that Your Honor has any type of integrity. I have come to believe that crackhead can be trusted as judges and can be forgiven, and it would take LESS to bribe them.

How could anyone trust a judge recommended to the bench, like Your Honor because Your Honor understands what Judge Engelmayer, Mr. Silverman, and AUSA Karamigious did to me.

MOTION FOR RECONSIDERATION UNDER RULE 59 AND RULE 60 BECAUSE YOUR HONOR WAS BIASED, PAID BY RANDI, INFLUNCED BY SEN. SCHUMER TO ENSURE THAT THE AUDIO RECORDING OF JUDGE ENGELMAYER IS NOT HEARD BY ANYONE, ESPECIALLY THE PUBLIC—HE BULLID ME AND TOOK MY FREE WILL AWAY AND THE AUDIO RECORDINGS WILL PROVE HIS CRIMINAL CONDUCT - 3

**Please Take FURTHER Notice,** Your Honor misconduct, as it is misconduct[2], ignored the practice of law and the fact that there is evidence of Judge Engelmayer and Judge Donnelly intimating me for Randi Weingarten—as it is connected to what Your Honor has dismissed

**PLEASE TAKE EVEN FUTHER NOTICE,** I have over 80 DOJ personnel with letters saying I was deprived of a fair trial (basically) with Cogan committed a crime for the UFT, and I have borderline IQ students who understood Cogan committed and helped the UFT—now Your Honor knows what

## II.  Reconsideration
### Standard for Relief Under Rule 59(e)

A motion to reconsider under rule 59(e) should be granted to correct a clear error, whether of law or of fact, and to prevent a manifest injustice. Firestone v. Firestone, 76 F.3d 1205, 1208 (D.C. Cir. 1996) (the four grounds for reconsideration are: to prevent manifest injustice, to accommodate for an intervening change in controlling law, to account for newly discovered evidence, or to correct clear error of fact or law); EEOC v. Lockheed Martin Corp., 116 F3d 110, 112 (4th Cir. 1997). So long as the Rule 59(e) motion is timely filed, the courts have considerable discretion. Lockheed Martin Corp., 116 F3d at 112. Although the courts are not required to consider new legal arguments,[3] or mere "preserve the integrity of the final judgement." Turkmani v. Republic of Bolivia, 273 F. Supp. 2d 45, 50 (D.D.C 2002)

### Part 1: Amendment

Your Honor did not allow me to add: Civil Rights Lawsuits: Text of Section 1983

---

[2] Your Honor is aware that Judge Cogan and Judge Engelmayer practiced law. I have a whole list of judges who took retirement over having their name sent to House Judiciary Committee, and I know of 2 cases where the Chief Judge of Cir. IGNORED a judge practiced law

[3] Dist. Of Columbia v. Doe, 611 F3d 888 (DC Cir. 2010)

MOTION FOR RECONSIDERATION UNDER RULE 59 AND RULE 60 BECAUSE YOUR HONOR WAS BIASED, PAID BY RANDI, INFLUNCED BY SEN. SCHUMER TO ENSURE THAT THE AUDIO RECORDING OF JUDGE ENGELMAYER IS NOT HEARD BY ANYONE, ESPECIALLY THE PUBLIC—HE BULLID ME AND TOOK MY FREE WILL AWAY AND THE AUDIO RECORDINGS WILL PROVE HIS CRIMINAL CONDUCT - 4

A. The text of Section 1983 states:

Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia.

B. Without everyone named, I will be denied a fair hearing and it will be the same manner, which Your Honor has protected, that I was denied in federal court
C. My injunction can proceed ahead as I forgot to mentioned 42 USC §1983, but I did mention 14th Amendment and pro se litigants are provided leeway in terms of pleadings

Part 2: Your Honor's knowledge, misconduct and bribed from Randi Weingarten

MOTION FOR RECONSIDERATION UNDER RULE 59 AND RULE 60 BECAUSE YOUR HONOR WAS BIASED, PAID BY RANDI, INFLUNCED BY SEN. SCHUMER TO ENSURE THAT THE AUDIO RECORDING OF JUDGE ENGELMAYER IS NOT HEARD BY ANYONE, ESPECIALLY THE PUBLIC—HE BULLID ME AND TOOK MY FREE WILL AWAY AND THE AUDIO RECORDINGS WILL PROVE HIS CRIMINAL CONDUCT - 5

Let's review how Your Honor pulled a Randi Weingarten/Judge Marrero[4]

| Your Honor's misconduct paid by Randi Weingarten | The Truth |
|---|---|
| Plaintiff brings this action *pro se*. Plaintiff raises challenges to his conviction in the United States District Court for the Eastern District of New York on charges of transmitting threats to injure another in violation of 18 U.S.C. § 875(c), *United States v. Celli*, 1:19-CR- 00127 (PAE) (ST) (E.D.N.Y. July 20, 2021), *appeal pending*, 21-1760-CR (2d Cir.). He also asserts claims under state law in connection with his teacher tenure hearing at the New York City Department of Education (DOE). The Court dismisses the complaint for the reasons set forth below. | The plaintiff brought the injunction so that I can show the world that I was denied a fair trial<br><br>The plaintiff brought the injunction because what was litigated and not litigated will be litigated at my 3020-a, which Your Honor is denying me witnesses—like Your Honor, which you did not acknowledge<br><br>Your Honor WANTS to hide Judge Engelmayer's criminal conduct/misconduct BECAUSE I have AUSAs telling me it is a crime to deprive me of a fair trial<br><br>Your Honor is part of the conspiracy to deprive me fair trial and hide it from the world |
| laintiff Lucio Celli was involved in several civil actions in connection with his work as a teacher employed by the New York City DOE. *See, e.g., Celli v. Cole*, No. 15-CV-3679 (E.D.N.Y. Dec. 27, 2016) (dismissing with prejudice amended complaint "filled with extensive rants, rambling allegations, and many vulgar *ad hominum* attacks"); *Combier v. Portellos*, No. 17-CV-2239 (E.D.N.Y. Sept. 29, 2018) (complaint alleging | Your Honor covered up the fact that you have knowledge<br><br>Your Honor covered up the fact that the UFT/DOE said to me about my rape, which I have AUSAs saying it is a crime and AGAIN Your Honor having knowledge |

---

[4] Either ignored facts or twisting them
MOTION FOR RECONSIDERATION UNDER RULE 59 AND RULE 60 BECAUSE YOUR HONOR WAS BIASED, PAID BY RANDI, INFLUNCED BY SEN. SCHUMER TO ENSURE THAT THE AUDIO RECORDING OF JUDGE ENGELMAYER IS NOT HEARD BY ANYONE, ESPECIALLY THE PUBLIC—HE BULLID ME AND TOOK MY FREE WILL AWAY AND THE AUDIO RECORDINGS WILL PROVE HIS CRIMINAL CONDUCT - 6

| | |
|---|---|
| that Defendant Celli had falsely accused plaintiff of unauthorized practice of law and had sent emails with false and damaging information about plaintiff using his DOE email account).[1] Thereafter, Plaintiff was charged with and pleaded guilty to transmitting threats to injure another in violation of 18 U.S.C. § 875(c) in connection with emails sent to District Judges Brian M. Cogan and Margo K. Brodie, and other public officials. *See United States v. Celli*, 1:19-CR-00127 (PAE) (ST) (E.D.N.Y. July 20, 2021), *appeal pending*, 21-1760-CR (2d Cir.). | I did not falsely accuse Betsy of anything, which Your Honor has knowledge because of emails<br><br>Your Honor knows that Judge Engelmayer robbed the US by hiding what Ms. Combier did and I have AUSAs saying it is a crime<br><br>The fact that Betsy used her nonprofit foundation to place my HIV status for Randi and Cogan— Your Honor did not write that<br><br>I do not read that I have 80 AUSAs saying Judge Cogan committed a crime for his former clients |
| Plaintiff's complaint is rambling and disjointed. He asserts that District Judge Cogan deprived Plaintiff of "ALL of [his] constitutional rights and now the remedy is to have the trial that was denied" to Plaintiff. (*Id.* at 3.) This appears to be a reference to Plaintiff's 2015 suit, which was dismissed with prejudice more than five years ago. *Celli*, No. 15-CV-3679 (E.D.N.Y. Dec. 27, 2016) (Cogan, J.). | I had other read it and they had no problem, but Randi Weingarten paid Judge Marrero to write this if he could--it was sent to congress and DOJ<br><br>I am denied all my constitutional rights during this trial, which Randi Weingarten paid you to cover up because I have letters from the DOJ saying that I was denied, and I have over 80 DOJ personal saying |
| Plaintiff contends that his intent – either in bringing his 2015 lawsuit or in sending the emails for which he was convicted – was "to get justice for what the [United Federation of Teachers (UFT)] and DOE ha[ve] done to him." (ECF 1 at 7.) Plaintiff argues that his criminal proceedings in *Celli*, 1:19-CR-00127, were flawed because he did not want | I am surprised that Your Honor even wrote this, but Your Honor forgot that the UFT/DOE attempted to impeded me from bringing a suit and said that they would expose my rape |

MOTION FOR RECONSIDERATION UNDER RULE 59 AND RULE 60 BECAUSE YOUR HONOR WAS BIASED, PAID BY RANDI, INFLUNCED BY SEN. SCHUMER TO ENSURE THAT THE AUDIO RECORDING OF JUDGE ENGELMAYER IS NOT HEARD BY ANYONE, ESPECIALLY THE PUBLIC—HE BULLID ME AND TOOK MY FREE WILL AWAY AND THE AUDIO RECORDINGS WILL PROVE HIS CRIMINAL CONDUCT - 7

| | |
|---|---|
| Benjamin Silverman as his defense counsel;[3] Silverman provided ineffective assistance of counsel; and Plaintiff "would have gone to trial " rather than pleading guilty if he had not been "intimidated." (*Id.* | |
| Plaintiff repeatedly describes various federal judges appointed to the United States District Court for the Southern and Eastern Districts of New York as "Schumer judges." Article II, Section 2 of the U.S. Constitution provides that the President "shall nominate, and by and with the Advice and Consent of the Senate, shall appoint" federal judges. In other words, the process of consulting members of the U.S. Senate regarding the appointment of federal judges is provided for in the U.S. Constitution | I was told that I was stupid and crazy for describing this process<br><br>What Your Honor forgot to include is "Judge Louderbach said, during his impeachment trial, that he (the judge) fixed cases for Sen. Shortbidge because the senator got him his job.<br>1. Judge Louderbach was not convicted of impeachment<br>2. I mentioned him because what is what people believe<br>3. Sen. Schumer said Randi is like a sister<br>4. There are criminal crimes of either a judge or a senator, but none made the same sentence as |
| It appears that it would be futile to grant Plaintiff an opportunity to drop all of the defendants whose presence defeats diversity jurisdiction because the only diverse defendant, the Chief Counsel of the U.S. Senate Select Committee on Ethics, has no apparent connection to this action. | Ms. Koppin heard Judge Donnelly and Judge Engelmayer lie about their association with Sen. Schumer—hmm, Judge Porteous and Judge Louderbach<br><br>People are not stupid and this<br><br>Donnelly lied until I told her about Sen. Schumer's daughter and his daughter going to school |

MOTION FOR RECONSIDERATION UNDER RULE 59 AND RULE 60 BECAUSE YOUR HONOR WAS BIASED, PAID BY RANDI, INFLUNCED BY SEN. SCHUMER TO ENSURE THAT THE AUDIO RECORDING OF JUDGE ENGELMAYER IS NOT HEARD BY ANYONE, ESPECIALLY THE PUBLIC—HE BULLID ME AND TOOK MY FREE WILL AWAY AND THE AUDIO RECORDINGS WILL PROVE HIS CRIMINAL CONDUCT - 8

| | |
|---|---|
| | Judge Engelmayer did not acknowledge it the day that I screamed, but he did say that Sen. Schumer helped him to get his job. |

Remedy

To add 43 USC § 1983 to my petition, as a fair trial is guaranteed by the 14th Amendment, as how could I have a fair trial at my 3020-a if cannot have everyone

To have everyone I need to appear at my 3020-a and to have my hearing streamed live to show that Judge Engelmayer intimidated me and took my free will away

*Lucio Celli*

Lucio Celli

December 30, 2021

MOTION FOR RECONSIDERATION UNDER RULE 59 AND RULE 60 BECAUSE YOUR HONOR WAS BIASED, PAID BY RANDI, INFLUNCED BY SEN. SCHUMER TO ENSURE THAT THE AUDIO RECORDING OF JUDGE ENGELMAYER IS NOT HEARD BY ANYONE, ESPECIALLY THE PUBLIC—HE BULLID ME AND TOOK MY FREE WILL AWAY AND THE AUDIO RECORDINGS WILL PROVE HIS CRIMINAL CONDUCT - 9